**88-2025.** State v. Clark. *Clark County,* No. 2436. On motion for leave to file

memorandum in support instanter. Motion granted.

Resnick, J., dissents.